UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> - against - <br><br> HELLMANN WORLDWIDE LOGISTICS INC. and X-PORT SERVICES, INC., <br><br> Defendants. | Case No. 2:19-cv-21138 (ES) (SCM) <br><br> **ORDER GRANTING MOTION <br> FOR DEFAULT JUDGMENT** |

Before the Court is the motion of Plaintiff Mitsui Sumitomo Insurance Company of America ("Mitsui") for a default judgment against Defendant X-Port Services, Inc. ("X-Port"). Having considered Mitsui's submissions, and having found that both oral argument and a hearing on damages are unnecessary pursuant to Fed. R. Civ. P. 78(b) and Fed. R. Civ. P. 55(b), respectively, it is hereby

ORDERED that Mitsui's motion for a default judgment against X-Port is GRANTED; it is further

ORDERED that the Court enters judgment against X-Port in the amount of $13,513.00; and it is further

ORDERED that the Clerk of the Court CLOSE this action.

Signed at Newark, New Jersey on this 20th day of September, 2021

_____
Esther Salas, U.S.D.J.

1